In the Matter of the Claim of MICHAEL KELLY, Respondent, against FONDA,

JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant. STATE INDUS-TRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the opinion in *Matter of Collins* v. *Fonda, Johnstown & Gloversville R. R. Co.* (*ante*, p. 793), decided herewith. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.